UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Andrea Place,

    Plaintiff,

v.

Warren Local School District
Board of Education, *et al.*,

    Defendants.

Case No. 2:21-cv-985

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The United States Court of Appeals for the Sixth Circuit recently decided a case that significantly impacts the current briefing on Defendant's motion for summary judgment in this case: *McElhaney v. Williams*, Case No. 22-5903, 2023 WL 5492473 (6th Cir. Aug. 25, 2023) (the *Tinker* and *Lowery* framework "does not guide our consideration of parent speech about educational institutions"). The parties are **ORDERED** to confer and submit a notice within ten days of the date of this Order a proposal as to how they would like to proceed in light of *McElhaney*.

    IT IS SO ORDERED.

                                              _/s/ Michael H. Watson_
                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT